WILSON TURNER KOSMO LLP
MICHAEL S. KALT (173228)
MELLANIA E. SAFARIAN (313100)
402 West Broadway, Suite 1600
San Diego, California  92101
Telephone:  (619) 236-9600
Facsimile:   (619) 236-9669
E-mail:  mkalt@wilsonturnerkosmo.com
E-mail:  msafarian@wilsonturnerkosmo.com

Attorneys for Defendants
ALBERTSON'S LLC and ALBERTSONS
COMPANIES, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM MALLARD, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALBERTSON'S LLC, a Delaware limited liability company; ALBERTSONS COMPANIES, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | Case No. 8:26-cv-1573<br><br>**DEFENDANTS ALBERTSON'S LLC'S AND ALBERTSONS COMPANIES, INC.'S NOTICE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT**<br><br>Complaint Filed: May 11, 2026 |

Pursuant to Federal Rule of Civil Procedure 7.1, and Local Rule 7.1-1, the undersigned, counsel of record for Defendants ALBERTSON'S LLC and ALBERTSONS COMPANIES, INC. ("ACI") ("collectively "Defendants"), certifies that Defendant ALBERTSON'S LLC is an indirect wholly owned subsidiary of ACI. ACI is a publicly traded company on the New York Stock Exchange under the symbol ACI.

The following have beneficial ownership of at least 10% of ACI's stock:

- Cerberus Capital Management, L.P.

The undersigned counsel of record for Defendants certifies that the following listed parties may have a pecuniary interest in the outcome of this case.  These

-1-                    Case No. 8:26-cv-1573

NTC OF INTERESTED PARTIES & CORPORATE DISCLOSURE STATEMENT

representations are made to enable the Court to evaluate possible disqualification or recusal.

1.    Plaintiff ADAM MALLARD has a direct, pecuniary interest in the outcome of this case because he is the Plaintiff who brought the action.

2.    Defendant ALBERTSON'S LLC, a Delaware and Idaho corporation, has a direct, pecuniary interest because it was the Plaintiff's employer and is a Defendant in this action.

3.    Defendant ACI, a Delaware and Idaho corporation, has a direct pecuniary interest in the outcome of this case, because it is a Defendant in this action.

Dated:    June 17. 2026            **WILSON TURNER KOSMO LLP**

By:    /s/ *Michael S. Kalt*
      MICHAEL S. KALT
      MELLANIA E. SAFARIAN
      Attorneys for Defendants
      ALBERTSON'S, LLC and ALBERTSONS
      COMPANIES. INC.

-2-            Case No. 8:26-cv-1573

NTC OF INTERESTED PARTIES & CORPORATE DISCLOSURE STATEMENT